IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRON SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2017 C 5755 |
| v. | ) | |
| | ) | |
| CHICAGO POLICE SGT. JOHN KENNEDY, | ) | |
| STAR #1587; ET AL. | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

The undersigned respectfully requests this Honorable Court grant her leave to Withdraw as Counsel for Defendants.

In support of her motion, the undersigned states as follows:

1. She is an attorney licensed to practice law in the State of Illinois and in the Northern District of Illinois.

2. She has resigned from her position as Assistant Corporation Counsel for the City of Chicago Law Department and will no longer be under its employ as of December 15, 2017.

3. Defendants will continue to be represented by the other attorneys of record.

4. Her withdrawal as an attorney for the Defendants will not prejudice their representation or delay these proceedings.

1

**WHEREFORE**, the undersigned respectfully requests this Court enter an order granting her leave to withdraw as attorney for the Defendants in this matter, terminate her appearance as counsel of record for Defendants, and provide any other relief deemed appropriate.

**Dated: December 7, 2017**                                    Respectfully submitted,


                                                    By:    */s/ Carla M. Kupe-Arion*
                                                           CARLA M. KUPE-ARION
                                                           Assistant Corporation Counsel

Federal Civil Rights Litigation Division
City of Chicago Law Department
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5106 (Phone)
(312) 744-6566 (Fax)